UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM LEE GILLESPIE,<br><br>                    Plaintiff,<br>         -v-<br><br>HEARTLAND SCENIC STUDIO, INC.,<br><br>                    Defendant,<br><br>         -v-<br><br>NEW PROJECT, LLC,<br><br>                    Third-Party Defendant. | 19 Civ. 8807 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

     A case management conference is scheduled for Monday, August 3, 2020 at 10:00 a.m. Dkt. 18.  Due to the ongoing public health situation, the conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

     The Court also notifies counsel that, given the present public health crisis, the Court is likely to be able schedule a bench trial in this civil case substantially before it can schedule a jury trial.  The Court does not have a preference as between a bench or jury trial, but merely wishes to notify counsel of the scheduling delays likely attendant to a jury trial at the present time.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 31, 2020
      New York, New York