UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM LEE GILLESPIE,

                      Plaintiff,

-v-

HEARTLAND SCENIC STUDIO, INC.,

                      Defendant,

-v-

NEW PROJECT, LLC,

                      Third-Party Defendant.

19 Civ. 8807 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    For the reasons stated on the record at today's conference, discovery is extended *nunc pro tunc* until November 2, 2020. The parties should not expect any further extensions. A case management conference is set for December 2, 2020 at 2:30 p.m.

    SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated:  August 3, 2020
         New York, New York