UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

WILLIAM LEE GILLESPIE,

                     Plaintiff,

          -v-

HEARTLAND SCENIC STUDIO, INC.,

                     Defendants.

19 Civ. 8807 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

A case management conference in this matter is presently scheduled for November 6, 2020.  Dkt. 28.  Due to a change in the discovery schedule, that conference is adjourned to December 7, 2020, at 2:00 p.m.  The deadline for the parties' joint letter and case management plan is now December 1, 2020.  In light of the public health situation, this conference will remain a telephonic conference.  The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

     SO ORDERED.

                                                   *Paul A. Engelmayer*
                                               _____
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: October 9, 2020
        New York, New York