UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLAM LEE GILLESPIE,

                      Plaintiff,

          -v-

NEW PROJECT, LLC AND HEARTLAND SCENIC STUDIO, INC.,

                      Defendants.

---

HEARTLAND SCENIC STUDIO, INC.,

                      Third-Party Plaintiff,

          -v-

NEW PROJECT, LLC,

                      Third-Party Defendant.

19 Civ. 8807 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       For the reasons set forth in the conference today, the Court sets a March 1, 2021 deadline for expert discovery. The next case management conference is scheduled for March 30, 2021 at 2 p.m. Defendant Heartland Scenic Studio, Inc. is ordered to submit a proposed joint updated case management plan after conferring with the other parties by December 8, 2020 at 5 p.m.

       SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: December 7, 2020
       New York, New York