UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLAM LEE GILLESPIE,

                Plaintiff,

      -v-

NEW PROJECT, LLC AND HEARTLAND SCENIC STUDIO, INC.,

                Defendants.

---

HEARTLAND SCENIC STUDIO, INC.,

                Third-Party Plaintiff,

      -v-

NEW PROJECT, LLC,

                Third-Party Defendant.

19 Civ. 8807 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      A case management conference is scheduled for March 30, 2021 at 2:00 p.m. Dkt. 39. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. Counsel are also directed to

email chambers at EngelmayerNYSDChambers@nysd.uscourts.gov with a list of attorneys who will be appearing at the conference by March 26, 2021.

    SO ORDERED.

<em>Paul A. Engelmayer</em><br>
PAUL A. ENGELMAYER<br>
United States District Judge

Dated: March 25, 2021
       New York, New York