UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

WILLAM LEE GILLESPIE,

                Plaintiff,

       -v-

NEW PROJECT, LLC AND HEARTLAND SCENIC STUDIO, INC.,

                Defendants.

------------------------------------------------------------

HEARTLAND SCENIC STUDIO, INC.,

                Third-Party Plaintiff,

       -v-

NEW PROJECT, LLC,

                Third-Party Defendant.

19 Civ. 8807 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      On March 25, 2021, the Court received a letter motion from third-party defendant New Project LLC, asking that the case management conference currently scheduled for March 30, 2021 to serve as a pre-motion conference.  Dkt. 43.  Because this letter missed the deadline set for pre-motion letters, it deprives opposing counsel of a meaningful opportunity to reply in advance of the scheduled conference.  This Court is obliged to adjourn the conference, which now will be held on April 7, 2021, at 2:30 p.m.  The Court directs plaintiff to file a response to New Project, LLC's letter by March 31, 2021.  Counsel are also directed to email chambers at

EngelmayerNYSDChambers@nysd.uscourts.gov with a list of attorneys who will be appearing at the conference by April 6, 2021.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 26, 2021
       New York, New York