UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM LEE GILLESPIE,

                            Plaintiff,

                -v-

HEARTLAND SCENIC STUDIO, INC.,

                            Defendant.

19 Civ. 8807 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The parties' joint statement of stipulated facts is due **May 11, 2021**;

- The defendant's motion for summary judgment is due **June 1, 2021**;

- The plaintiff's opposition to the defendant's motion for summary judgment is due **June 22, 2021**;

- The defendant's reply in support of its motion for summary judgment is due **July 7, 2021**.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: April 21, 2021
           New York, New York