UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM LEE GILLESPIE,

                            Plaintiff,

      -v-

HEARTLAND SCENIC STUDIO, INC.,

                            Defendant.

19 Civ. 8807 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      A final pretrial conference is hereby scheduled for October 22, 2021, at 2 p.m. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: September 22, 2021
       New York, New York