UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM LEE GILLESPIE,

                      Plaintiff,

-v-

HEARTLAND SCENIC STUDIO, INC.,

                      Defendant.

19 Civ. 8807 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 22, 2021, the Court held a pretrial conference, at which it put on the record its resolution of the parties' motions *in limine* and the bases for its rulings. The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 77, 81, and 82.

The Court also directed counsel, by **November 5, 2021**, to submit a joint letter setting out the parties' (1) views as to the implications for this case of plaintiff's settlement with New Project, LLC, whether the jury needs to make any findings with respect to liability on the part of New Project, and what implications, if any, apportioning liability would have on the calculation of damages under applicable New York law in the event of a plaintiff's verdict; and (2) estimates of the length of the jury trial in this case.

SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: October 25, 2021
       New York, New York