UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILIAM LEE GILLESPIE,

                           Plaintiff,

-v-

HEARTLAND SCENIC STUDIO, INC.

                          Defendant.

19 Civ. 8807 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

This case has been placed on the jury trial list for **March 16, 2022**. The case must be trial-ready for that date. This case is a second backup on the list for jury trials for that day. This means that the case will not proceed if a trial scheduled ahead of this one goes forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on March 16, 2022, it will inform the parties.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: December 2, 2021
       New York, New York